Officer, who indicated he felt the sentence was excessive and recommended a reduction.

JUDGE SULLIVAN DISSENTS: The facts of this Defendant are different from that of the Co-Defendant. The juvenile he sold drugs to was only 14 years of age. His recommendation for sentence is 10 years.

We wish to thank Mr. Pat Sherlock, Attorney at Law, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

### SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Eleventh Judicial District, County of Flathead. STATE OF MONTANA, Plaintiff, vs. JOHNNY L. AHO, Defendant.

### DECISION

No. DC-82-040

The application of the above-named defendant for a review of the sentence of 15 years imposed on July 12, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

The reports indicate that the victim was put in fear of her life, and the sentence was not out of line considering the surrounding circumstances, therefore the judgment shall be affirmed.

We wish to thank Dave Cotner, of the Montana Defender Project, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

### SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Eleventh Judicial District, County of Flathead. STATE OF MONTANA, Plaintiff, vs. WARREN DOUGLAS HARTRY, Defendant.

### DECISION

No. DC-82-043

The application of the above-named defendant for a review of the sentence of 5 years imposed on July 14, 1982, was fully heard and after a careful consideration of the entire matter it is decided that: